# EXHIBIT "D"

## *APRWIN - Version 6.2.0*

### *APR Disclosure Documentation*

---

```
Prepared By:
Date:                           4/9/2019
Borrower's Name:                Helen M. Marteen
Account Number:
Name of Lender:                 Rutti Auto Broker
Original Creditor:
```

### *Loan Information - Original Input*

```
Amount Financed:                        $1,142.04
Disclosed (Estimated) APR:                28.0000 %
Disclosed Finance Charge:                 $315.44
Loan Secured by Real Estate or Dwelling:      No
Loan Date Earlier than 9/30/95:               No

Payment Frequency:          Monthly (Installment Loan)
```

### *Disclosure Information - Output*

```
Amount Financed:                        $1,142.04
FINANCE CHARGE:                         $1,168.44
Total of Payments:                      $2,310.48
ANNUAL PERCENTAGE RATE:                  155.3805 %
```

** VIOLATION **   APR is understated by:                              127.3805 %

** VIOLATION **   Finance Charge is understated by:                    $853.00

| Payment Stream | Payment Amount | Number of Payments | Whole Unit Periods | Odd Days |
|---|---|---|---|---|
| 1 | $192.54 | 12 | 1 | 0 |