# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:   19-61398-CIV-DIMITROULEAS

HELEN MARTEEN, an individual,

    Plaintiff,

vs.

RUTTI AUTO BROKER, LLC,
a Florida limited liability company, and
DIEGO L. RUTTI, an individual,

    Defendants.

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Helen Marteen, an individual, and Defendants, Rutti Auto Broker, LLC, a Florida limited liability company, and Diego L. Rutti, an individual, by and through their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby file this their Joint Notice of Voluntary Dismissal with Prejudice, with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| MURPHY LAW | CARLOS SANTISTEBAN, JR., P.A |
| 1212 SE 2nd Avenue | 6080 Bird Road, Suite 1 |
| Fort Lauderdale, FL 33316 | Miami, Florida 33155 |
| Telephone: (954) 763-8660 | Telephone: (305) 930-8200 |
| Facsimile: (954) 763-8607 | Facsimile: (305) 930-8300 |
| rwmurphy@lawfirmmurphy.com | E-Mail: carlos@csjrlaw.com |
| | |
| By:  */s/ Robert W. Murphy*_____ | By:  */s/ Robert W. Murphy*_____ |
|     Robert W. Murphy, Esq. |     Carlos Santisteban, Jr., Esq. |
|     Florida Bar No.:  717223 |     Florida Bar No.:  70530 |
| | |
| Dated:_____1/3/20_____ | Dated:_____1/3/20_____ |
|     *Attorney for Plaintiff* |     *Attorney for Defendants* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2020, the foregoing document was filed with the Clerk of Court for the United States District Court, Southern District of Florida, via the Court's CM/ECF system, and served through the same system (via electronic e-mail), to the following counsel of record:

Carlos Santisteban, Jr., Esq.
CARLOS SANTISTEBAN, JR., P.A.
6080 Bird Road, Suite 1
Miami, Florida 33155
Telephone: (305) 930-8200
Facsimile: (305) 930-8300
E-Mail: carlos@csjrlaw.com

*Attorney for Defendants*

                                                */s/ Robert W. Murphy*
                                                *Attorney for Plaintiff*