UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61398-CIV-DIMITROULEAS

HELEN MARTEEN, an individual,

    Plaintiff,

vs.

RUTTI AUTO BROKER, LLC,
a Florida limited liability company, and
DIEGO L. RUTTI, an individual,

    Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE having come before the Court on the Joint Notice of Voluntary Dismissal With Prejudice ("Joint Stipulation") [DE 24], filed herein on January 3, 2020. The Court has reviewed the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**.

2. All parties shall bear their own attorney's fees and costs except as otherwise agreed.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of January, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record